IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**BRANDON LENOIR** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 1:24-CV-224-GHD-DAS**

**CITY OF ABERDEEN, MISSISSIPPI,** *et al.* **DEFENDANTS**

## ORDER DENYING DISCOVERY MOTION [63]

Before the court is Plaintiff's *pro se* discovery motion [63], which seeks the production of video and other statements. Discovery in this cause closed by order of this court on November 3, 2025. "A party must file a discovery motion sufficiently in advance of the discovery deadline to allow response to the motion, ruling by the court, and time to effectuate the court's order before the discovery deadline." L.U. CIV. R. 7(b)(2)(C). The instant motion was not filed until February 3, 2026, well beyond the deadline for discovery. It is therefore denied as untimely.

SO ORDERED, this the 3rd day of March, 2026.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE