UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BRANDON LENOIR                                                          PLAINTIFF

vs.                                                          Civil No. 1:24-cv-224-GHD-DAS

CITY OF ABERDEEN, MISSISSIPPI; et al.                           DEFENDANTS

## ORDER

Pursuant to an opinion issued this day, it is hereby **ORDERED**:

(1) Defendant Monroe County Jail Administrator Jim Riggan's Motion for Summary Judgment [Doc. No. 47] is **GRANTED**, and Plaintiff Brandon Lenoir's ("Plaintiff") claims against this Defendant are **DISMISSED WITH PREJUDICE**;

(2) Defendants City of Aberdeen, Mississippi, and Quinell Shumpert's joint Motion for Summary Judgment [49] is **GRANTED**, and Plaintiff's claims against these Defendants are **DISMISSED WITH PREJUDICE**; and

(3) Claims against any remaining defendants shall **PROCEED**.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on these motions are hereby incorporated into and made a part of the record in this action.

**SO ORDERED**, this, the _12th_ day of May, 2026.

_____
SENIOR U.S. DISTRICT JUDGE